**No. 62738.**—Meadows Wye & Co., Inc. v. United States, protest 330267–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of instruments for measuring the flowage of electricity and contains no jewels, the claim of the plaintiff was sustained.